IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| Flytenow, Inc., | ) |
|             Petitioner, | ) |
| v. | ) |
| Administrator, Federal Aviation Administration, | ) Docket No. 14-1168 |
|            Respondent. | ) |

## UNDERLYING DECISION FROM WHICH THE PETITION ARISES

Attached hereto at Exhibit 1 is a true and correct copy of the final agency Order issued by the Federal Aviation Administration in the Letter of Interpretation from Mark W. Bury to Gregory S. Winton, dated August 14, 2014, which fully incorporates by reference and relies upon the Letter of Interpretation from Mark W. Bury to Rebecca B. Macpherson, dated August 13, 2014, from which this petition arises.

Dated: October 7, 2014        Respectfully submitted,

                                                                     */s/ Gregory S. Winton*
                                                             GREGORY S. WINTON, Esq.
                                                              The Aviation Law Firm
                                                              1997 Annapolis Exchange Parkway
                                                               Suite 300
                                                              Annapolis, Maryland 21401
                                                               Tel: (301) 294-8550
                                                               Fax: (866) 568-9886
                                                               *Attorney for Petitioner*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this **7th day of October, 2014**, I electronically filed the foregoing Underlying Decision From Which The Petition Arises with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system.  Furthermore, a copy of the foregoing has been sent via U.S. Mail to:

Richard Harper Saltsman
Assistant Chief Counsel
Office of the Chief Counsel,
Federal Aviation Administration
800 Independence Avenue SW
Washington, DC 20591

richard.saltsman@faa.gov

>	*/s/ Gregory S. Winton*
>	GREGORY S. WINTON, Esq.
>	1997 Annapolis Exchange Parkway
>	Suite 300
>	Annapolis, Maryland 21401
>	Tel: (301) 294-8550